# ALLEGHENY COUNTY,

## September Term, 1797.

PENNSYLVANIA *v.* CHRISTIAN BUGHER, DAVID GILLILAND, BARNABAS GILLILAND, and WILLIAM RYAN.

THIS was an indictment for a riot, on 2d *March*, 1797, in affaulting and threatening to fhoot *John Watt*, and in burning his houfe. The profecutor claimed a tract of land of 329 acres, weft of the *Allegheny* river, furveyed 3d *May*, 1794, on a warrant dated 14th *February*, 1794; and built a cabbin, and proceeded to clear land, and make improvements. The defendants were fettlers, who, in *March*, 1796, prefuming all warrants forfeited, went over the river to improve land, as the expreffion is, and gain a title by fettlement. *Bugher* improved, built a cabbin, cleared, and fenced, and lived within the furvey, under which *Watt* claimed. Evidence was offered, that *Bugher* made lines round his claim, improved, and refided on it.

*Woods*, for the profecutor, objected to any evidence of title or poffeffion, becaufe *Bugher* had no right to ufe force. His remedy was by indictment for a forcible entry: and any force by the defendants was a riot.

*Brackenridge*, for the defendants. Force to a certain reafonable extent is lawful in defence of one's poffeffion.

PRESIDENT. It is proper to permit *Bugher* to fhew, that he had a poffeffion circumfcribed by reafonable limits.

Evidence was then given, that *Bugher* had found old lines round his improvement, and intended to claim to them, expecting to hold 400 acres; that he fettled on it in *March*, 1796, with his family, has lived on it fince, built a cabbin, and cleared, fenced, and planted a field of fix or feven acres.

*Margin notes:* 1797.   3 *St. L.* 209.   1 *Hawk.* 294.

It did not appear, that *Watt* had made any improve‑ ment on the land furveyed for him, when *Bugher* went to improve there. *Watt's* cabbin was about an hundred perches from *Bugher's.* There were rails cut, and brufh-heaps, before *Watt* came on the ground where he cleared.

The defendants came to *Watt's* cabbin, ordered him to leave it, felled trees on it, threatened to fhoot him, (one of them had a rifle gun) threatened to faften him to a log-chain, and drag him with a horfe out of the lines, and they fet fire to his cabbin, and burnt it.

*Brackenridge.* The act of 3d *April,* 1792, makes warrants void without fettlements in two years. A man may keep others off from his own poffeffion.

*Woods.* *Watt* had a right to enter peaceably on his own land, to make his fettlement required by law.—— Whatever *Bugher's* claim may have been, he is not juf‑ tifiable in ufing force, in taking poffeffion. Any violent execution of a private enterprize, whether lawful or unlawful, is a riot.

PRESIDENT. To burn a houfe, the habitation of a man, and with a man in it, is an outrage not to be juf‑ tified.

Verdict, that *David Gilliland, Bugher,* and *Ryan* are guilty.

NOTE.—There was another indictment, of a fimilar na‑ ture, againft *David Gilliland,* and *Barnabas Gilliland,* for affaulting *Thomas M'Connel,* breaking open his dwelling houfe, throwing out his goods, and throwing down his houfe. *M'Connel* claimed under a warrant. *B. Gilliland* claimed by fettlement. The jury found *David Gilliland* guilty.